IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  11-cv-01899-PAB-KLM

GERALD LEE PATTERSON,

    Plaintiff,

v.

GEORGE SANTINI, M.D.,
CAMACHO, P.A., and
FIVE JOHN/JANE DOES,

    Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on **Plaintiff's "Request to Submit for Decision"** [Docket No. 21; Filed March 15, 2012], filed by the Clerk's Office as a Motion.

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED** as follows.  The Court is aware of the pending Motion to Dismiss [#17] and will issue a Recommendation regarding the Motion to Dismiss in due course.

    Dated:  March 16, 2012