FILED  
United States Court of Appeals  
Tenth Circuit  

September 17, 2012  

Elisabeth A. Shumaker  
Clerk of Court  

**UNITED STATES COURT OF APPEALS**

**FOR THE TENTH CIRCUIT**

———————————————

In re: GERALD LEE PATTERSON,

Petitioner.

No. 12-1338  
(D.C. No. 1:11-CV-01899-PAB-KLM)

———————————————

**ORDER**

———————————————

This matter is before the court on a letter by Petitioner in which he asks to "withdraw his Petition for Mandamus." Petitioner's letter is construed as motion to voluntarily dismiss this proceeding pursuant to Fed. R. App. P. 42(b). So construed, the motion is granted. See 10th Cir. R. 27.3(A)(9).

Entered for the Court  
ELISABETH A. SHUMAKER, Clerk

by: Jane K. Castro  
      Counsel to the Clerk