FILED
United States Court of Appeals
Tenth Circuit

**UNITED STATES COURT OF APPEALS**

**FOR THE TENTH CIRCUIT**

September 17, 2012

Elisabeth A. Shumaker
Clerk of Court

In re: GERALD LEE PATTERSON,

Petitioner.

No. 12-1338
(D.C. No. 1:11-CV-01899-PAB-KLM)

**ORDER**

This matter is before the court on a letter by Petitioner in which he asks to "withdraw his Petition for Mandamus." Petitioner's letter is construed as motion to voluntarily dismiss this proceeding pursuant to Fed. R. App. P. 42(b). So construed, the motion is granted. *See* 10th Cir. R. 27.3(A)(9).

Entered for the Court
ELISABETH A. SHUMAKER, Clerk

by: Jane K. Castro
Counsel to the Clerk