IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  11-cv-01899-PAB-KLM

GERALD LEE PATTERSON,

      Plaintiff,

v.

GEORGE SANTINI, M.D.,
CAMACHO, P.A., and
FIVE JOHN/JANE DOES,

      Defendants.
_____

### MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

      This matter is before the Court on Plaintiff's **Motion for Permission to File a Surreply** [Docket No. 50; Filed October 29, 2012] (the "Motion") and Plaintiff's **Surreply to Defendants' Reply** [#49; Filed October 29, 2012] (the "Surreply") relating to Defendants' Motion to Dismiss Amended Complaint [#45].  On November 6, 2012, Defendants filed a Response [#52].  On November 26, 2012, Plaintiff filed a Reply [#53].

      IT IS HEREBY **ORDERED** that the Motion is **DENIED** and the Surreply is **STRICKEN**.  Surreplies are not contemplated by the Federal Rules of Civil Procedure or the Local Rules of Practice.  The Court is adequately advised of the issues on the parties' present briefings.

      Dated:  April 9, 2013