IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01899-PAB-KLM

GERALD LEE PATTERSON,

    Plaintiff,

v.

GEORGE SANTINI, M.D.,
CAMACHO, P.A., and
FIVE JOHN/JANE DOES,

    Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's **Motion to Compel Pursuant to Fed.R.Civ.P.** [Docket No. 58; Filed March 15, 2013] (the "Motion"). On March 5, 2013, Defendants Santini and Camacho ("Defendants") filed a Response [#60]. In the Motion, Plaintiff asks the Court to compel Defendants to respond to a Request for Admission. As Defendants explain in their Response [#60], on May 11, 2012, discovery was stayed. *See Order* [#34].

    IT IS HEREBY **ORDERED** that the Motion [#58] is **DENIED**.

    Dated: April 11, 2013