IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  11-cv-01899-PAB-KLM

GERALD LEE PATTERSON,

    Plaintiff,

v.

GEORGE SANTINI, M.D.,
CAMACHO, P.A., and
FIVE JOHN/JANE DOES,

    Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's **Request for Submission for Decision** [Docket No. 54; Filed January 15, 2013] and Plaintiff's **Renewed Request for Submission for Decision** [#56; Filed February 8, 2013] (collectively, the "Motions").  On April 12, 2013, the Court entered its Recommendation of United States Magistrate Judge [#64] regarding Defendant Santini and Defendant Camacho's Motion to Dismiss Amended Complaint [#45].  As a result, the Motions are moot.

    IT IS HEREBY **ORDERED** that the Motions [##54 and 56] are **DENIED as moot**.

    Dated:  April 15, 2013