IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  11-cv-01899-RM-KLM

GERALD LEE PATTERSON,

    Plaintiff,

v.

GEORGE SANTINI, M.D.,
CAMACHO, P.A., and
FIVE JOHN/JANE DOES,

    Defendants.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on **Defendants' Motion to Vacate January 7, 2014, Settlement Conference** [#85][1] (the "Motion").  In light of the stay entered by the Court [#34],

    IT IS HEREBY **ORDERED** that the Motion [#85] is **GRANTED**.  The Settlement Conference set for January 7, 2014 at 1:30 p.m. is **VACATED**.

    IT IS FURTHER **ORDERED** that a **Telephonic Status Conference** is scheduled on **January 27, 2014 at 1:30 p.m.**  Counsel for Defendants shall conference with Plaintiff and his case manager prior to contacting the Court at (303) 335-2770 on the above date and time in order to participate by telephone.

    IT IS FURTHER **ORDERED** that Plaintiff's **Request for a Preliminary Injunction** [#73] is **DENIED without prejudice**.

    Dated:  January 2, 2014

---

[1] "[#85]" is an example of the convention I use to identify the docket number assigned to a specific paper by the Court's case management and electronic case filing system (CM/ECF).  I use this convention throughout this Minute Order.