IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  11-cv-01899-RM-KLM

GERALD LEE PATTERSON,

    Plaintiff,

v.

GEORGE SANTINI, M.D.,
CAMACHO, P.A., and
FIVE JOHN/JANE DOES,

    Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on **Defendants' Motion for Permission to Appear at the March 6, 2014, [sic] by Video Conference** [#98][1] (the "Motion").  Defendants request an order from the Court authorizing Defendants Santini and Camacho to attend the March 6, 2014 Settlement Conference in this matter by video conference or telephone.

    IT IS HEREBY **ORDERED** that the Motion [#98] is **GRANTED**.  The Court reminds Defendants' counsel that he must provide the telephone or other equipment for Defendants Santini's and Camacho's appearances.  Counsel is directed to review D.C.COLO.LCivR 83.1 for the rules regarding cameras and recording devices, including cellular telephones, in the United States Courthouse.

    Dated:  February 27, 2014

---

[1] "[#98]" is an example of the convention I use to identify the docket number assigned to a specific paper by the Court's case management and electronic case filing system (CM/ECF).  I use this convention throughout this Minute Order.