**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore**

Civil Case No. 11-cv-01899-RM-KLM

GERALD LEE PATTERSON,

    Plaintiff,

v.

GEORGE SANTINI, M.D.,
CAMACHO, P.A., and
FIVE JOHN/JANE DOES,

    Defendants.

---

**ORDER ADMINISTRATIVELY CLOSING CASE**

---

THIS MATTER is before the Court on the parties' Stipulated Motion for Administrative Closure (ECF No. 103) filed March 28, 2014.  Upon consideration of the Motion, the parties' representation that they have reached a conditional settlement of the claims at issue in this case, and being otherwise fully advised, it is

ORDERED that the parties' Motion (ECF No. 103) is GRANTED.  The above-captioned matter is ADMINISTRATIVELY CLOSED pursuant to D.C.COLO.LCivR 41.2.  The parties may reopen this matter upon motion filed showing good cause.

DATED this 31st day of March, 2014.

                                                  BY THE COURT:

                                                  RAYMOND P. MOORE
                                                  United States District Judge