IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01899-RM-KLM

GERALD LEE PATTERSON,

    Plaintiff,

v.

GEORGE SANTINI, M.D.,
CAMACHO, P.A., and
FIVE JOHN/JANE DOES,

    Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's **Advisement Regarding Monthly Updates and Motion to Hold Defendants in Contempt** [#106][1] (the "Motion"). In the Motion, Plaintiff asks the Court to hold Defendants in contempt for failing to provide him with pain medication allegedly prescribed by a doctor. This case was administratively closed on March 31, 2014 [#104]. Accordingly, if Plaintiff would like to seek relief from the Court, such as that requested in the Motion, he must file a motion asking the Court to reopen the case. Pursuant to D.C.COLO.LCivR 41.2 and the Court's Order Administratively Closing Case [#104], the motion must show good cause for reopening the case. Accordingly,

    IT IS HEREBY **ORDERED** that the Motion [#106] is **DENIED without prejudice**. If Plaintiff wishes to file a motion requesting the relief sought in the Motion after the case is reopened for good cause shown, he may do so.

    Dated: June 23, 2014

---

[1] "[#106]" is an example of the convention I use to identify the docket number assigned to a specific paper by the Court's case management and electronic case filing system (CM/ECF). I use this convention throughout this Minute Order.