**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge Raymond P. Moore**

Civil Case No. 11-cv-01899-RM-KLM

GERALD LEE PATTERSON,

    Plaintiff,

v.

GEORGE SANTINI, M.D.,
CAMACHO, P.A., and
FIVE JOHN/JANE DOES,

    Defendants.

---

## ORDER
---

This matter is before the Court on the Order for Clarification (ECF No. 126) filed by the Tenth Circuit. The Order for Clarification directs a limited remand to this Court to clarify the status of final judgment in this case, which is currently administratively closed. (*See* ECF No. 104.) For all the reasons explained in this Court's Order entered on April 15, 2015 (ECF No. 120) this Court concludes that a continuation of the administrative closure in this matter is unnecessary and does not advance its final resolution.

Based on the foregoing, and pursuant to Fed. R. Civ. P. 58(a), the Court ORDERS that all claims against the above named Defendants are DISMISSED with prejudice. Each party shall pay their own costs and fees. The Clerk of the Court is directed to close this case.

2

DATED this 28th day of October, 2015.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge