**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore**

Civil Case No. 11-cv-01899-RM-KLM

GERALD LEE PATTERSON,

    Plaintiff,

v.

GEORGE SANTINI, M.D.,
CAMACHO, P.A., and
FIVE JOHN/JANE DOES,

    Defendants.

---

## ORDER

---

This matter is before the Court on Plaintiff's Objections Regarding Magistrate Mix's Order Setting Preliminary Scheduling Conference (ECF No. 141) filed on February 1, 2016. Although Plaintiff's objection is made with reference to the magistrate judge's orders setting scheduling conferences with the parties (ECF Nos. 135, 138), it is predicated on Plaintiff's motions to recuse the magistrate judge. (ECF Nos. 134, 139.) However, this Court issued an Order on January 29, 2016 denying Plaintiff's motions to recuse the magistrate judge. (ECF No. 140.) In light of the Court's Order denying the motions to recuse, Plaintiff's objection lacks merit and its underpinnings—that the magistrate judge is biased in some way—is refuted by the Court.

Based on the foregoing, Plaintiff's Objections Regarding Magistrate Mix's Order Setting Preliminary Scheduling Conference (ECF No. 141) is OVERRULED.

DATED this 3th day of February, 2016.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge