IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  11-cv-01899-RM-KLM

GERALD LEE PATTERSON,

      Plaintiff,

v.

GEORGE SANTINI, M.D.,
CAMACHO, P.A., and
FIVE JOHN/JANE DOES,

      Defendants.

_____

## MINUTE ORDER

_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

This matter is before the Court on Defendants' **Motion to Permit Their Counsel to Appear By Telephone at the March 28, 2016 Preliminary Scheduling Conference** [#146] (the "Motion"). Defendants' counsel states that he will be out of town on March 28, 2016 due to a prior engagement. Defendants' counsel further states that he attempted to confer with Plaintiff four times by telephone, but was unable to reach Plaintiff or leave a message, as Plaintiff had no voicemail box set up. Counsel also states that he has no email address for Plaintiff. The Court has previously granted leave to Plaintiff to appear by phone. *Minute Order* [#145].

IT IS HEREBY **ORDERED** that the Motion [#146] is **GRANTED**.

IT IS FURTHER **ORDERED** that Defendants' counsel may appear by telephone at the Scheduling Conference on March 28, 2016 at 10:00 a.m. by dialing the Court at **303-335-2770**. Defendants' counsel shall initiate a conference call between himself and Plaintiff before dialing the Court.

Dated:  March 24, 2016